UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH WHITE and CHRISTOPHER WHITE, <br><br> Plaintiffs, <br> v. <br><br> SKAGIT BONDED COLLECTORS, LLC, <br><br> Defendant. | CASE NO. 2:21-cv-00697-LK <br><br> ORDER VACATING PRIOR ORDER IN PART AND DISMISSING CASE |

On December 6, 2022, this Court partially stayed this case pending the Washington Supreme Court's answer or declination of questions relevant to this case in *Nelson v. PSC, Inc.*, No. 2:22-CV-00715-JCC (W.D. Wash.). Dkt. No. 40. The Washington Supreme Court answered certified questions in *Nelson* on September 21, 2023, holding that "within" under Section 26.16.200 of the Revised Code of Washington "means 'not later in time than' three years of the marriage." Dkt. No. 43 at 4. Therefore, the statute permits wage garnishment when "the creditor had reduced the debt to judgment more than three years before the marriage." *Id.* at 4–5. The Court accordingly VACATES that portion of its order regarding the parties' cross motions for summary

ORDER VACATING PRIOR ORDER IN PART AND DISMISSING CASE - 1

judgment, Dkt. No. 34, that is inconsistent with the Washington Supreme Court's answer. Specifically, the portion of the Court's order on page 11, line 13 to page 12, line 24; page 14, lines 11 through 16; and page 19, line 4 starting with "In" to line 6 at "And" is vacated. The remainder of that Order remains in effect.

On October 2, 2023, the parties notified the Court that they had reached a settlement of this case. Dkt. No. 44. The Court accordingly DISMISSES this case with prejudice and without Court-ordered costs or attorney fees to any party. Any pending motion is hereby STRICKEN. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this Order.

Dated this 3rd day of October, 2023.

Lauren King
United States District Judge